# Third District Court of Appeal

## State of Florida

Opinion filed June 10, 2015.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D14-613; 3D14-444
Lower Tribunal No. 11-42171
_____

## Super Stop Express, Inc.,
Appellant,

vs.

## Farm Stores Corporation, et. al.,
Appellees.

Appeals from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

The Newmark Law Firm, P.A., and Tracy Belinda Newmark (Fort Lauderdale), for appellant.

Jose Garcia-Pedrosa (Palmetto Bay), for appellees.

Before SUAREZ, EMAS and FERNANDEZ, JJ.

PER CURIAM.

We affirm without prejudice to appellees Farm Stores Corporation, et al., filing and prosecuting their motion for sanctions before the trial court.